

# GRAY & ASSOCIATES, L.L.P.

ATTORNEYS AT LAW

16345 WEST GLENDALE DRIVE • NEW BERLIN, WISCONSIN 53151
(414) 224-8404 • FAX (414) 224-1279

JAY J. PITNER
DIRECT DIAL: (414) 224-1225
E-MAIL: JPITNER@GRAY-LAW.COM

November 8, 2017

The Honorable Beth E. Hanan
U.S. Bankruptcy Judge
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    Marica Tipton
            Chapter 13
            Case No. 16-32374-BEH

Dear Judge Hanan:

On November 7, 2017, a hearing was held on the motion of our client, Wells Fargo Bank, for relief from the automatic stay and abandonment. While the parties generally agreed upon the settlement of the motion, some question existed regarding the precise amount of the post-petition arrearage which would be subject to a supplemental claim. The court ended the hearing by asking that I verify the accuracy of the arrearage amount before drafting the order for the court's review and approval.

During my subsequent review of the file, I was able to verify the recent receipt of funds from the debtor. I also noted that prior to the hearing, the parties had agreed that a "doomsday" arrangement would be in effect for monthly payments beginning in December 2017. At the hearing on November 7, 2017, the court directed that the doomsday begin effective with the November 2017 payment. I have drafted the proposed order using the December 2017 payment for the commencement of the doomsday period and hope that the court will not have an issue with this revision. It does comport with the agreement reached with the debtor's attorney.

If you have no objection to the revision and receive no objection from the other parties, I would ask that the proposed order be signed and entered in the usual fashion.

                Sincerely,

                GRAY & ASSOCIATES, L.L.P.

                Jay J. Pitner

JJP/mmn
Enc.
cc:    Kirk M. Fedewa
        Sandra Baner

Gray & Associates, L.L.P. is attempting to collect a debt on its client's behalf and any information it obtains will be used for that purpose. If you previously received a discharge in a chapter 7 bankruptcy case, this should not be construed as an attempt to hold you personally liable for the debt.