**Gray & Associates, L.L.P.**
ATTORNEYS AT LAW
16345 West Glendale Drive
New Berlin, WI 53151-2841
(414) 224-8404
FAX (414) 224-1279

August 30, 2018

The Honorable Beth Ermatinger Hanan
U.S. Bankruptcy Judge
517 E. Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4500

RE:     Marica S. Tipton
        Chapter: 13
        Case No. 16-32374-beh

Dear Judge Hanan:

On December 6, 2017, the court entered an order which directed the debtors to make their monthly mortgage payments to our client, Wells Fargo Bank, N.A., in a timely manner.   In the event such payments were not made, our client's motion for relief from the automatic stay could be renewed by written request.   A copy of the order is enclosed for your review.

Our client's motion is hereby renewed.   Our client informs us that the mortgage payments are delinquent from June 2018 to present.   In this regard, please see the enclosed payment ledger.   By copy of this letter, we are informing the parties listed below of these developments. If they have an objection to our client's renewed motion, they must file a written objection with the court and provide a courtesy copy of the objection to our office within fourteen (14) days of the date of this letter.   In the event you received such an objection, we would request that your clerk schedule a hearing and provide notice to the appropriate parties.   If no timely objection is received, we will file an affidavit of no objection and a proposed order granting our client's motion.

Sincerely,
Gray & Associates, L.L.P.

Jay Pitner

JP/cp
Enclosures
cc:     Scott Lieske
        Kirk M. Fedewa
        U.S. Trustee
        Marica S. Tipton

  Gray & Associates, L.L.P. is attempting to collect a debt and any information obtained will be used for that purpose.   If you have previously received a discharge in a chapter 7 bankruptcy case, this communication should not be construed as an attempt to hold you personally liable for the debt.

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: December 6, 2017

Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

---

IN RE
Marica S. Tipton aka Marica S. Willson

      Debtor.

Chapter: 13

Case No. 16-32374-beh

---

### ORDER PURSUANT TO HEARING UPON MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT

      Pursuant to the motion of Wells Fargo Bank, N.A. for an order for relief from the automatic stay and abandonment with respect to the property located at 2125 Derrin Ln, Brookfield, WI 53045-2151, this matter was heard on November 7, 2017, the movant appearing through its counsel, Gray & Associates, L.L.P., by Jay Pitner, and the debtor appearing through Todd C. Esser & Associates, by Kirk M. Fedewa, and Sandra Baner appearing on behalf of the Chapter 13 trustee and upon the arguments and statements of counsel and all the files, records and proceedings herein,

      IT IS HEREBY ORDERED that the motion is denied subject to the following terms of this order.

      IT IS FURTHER ORDERED that the movant may file a supplemental claim for the post-petition arrearage which exists through the end of November 2017 in the amount of $5,498.64.

The arrearage is itemized as follows:

Drafted by:

Jay Pitner
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: jpitner@gray-law.com

| | |
|---|---|
| 6/1/17 through 11/1/17 | $16,897.80 |
| 6 mortgage payments @ $2,816.30 | |
| Credits / Suspense | (163.96) |
| NSF Fees | 30.00 |
| Attorney Fees and Costs | 0.00 |
| Payment received 10/6/2017 | (2,816.30) |
| Payment received 10/23/2017 | (2,816.30) |
| Payment received 11/3/2017 | (5,632.60) |
| TOTAL ARREARAGE | $5,498.64 |

IT IS FURTHER ORDERED that commencing in December 2017 and continuing through and including May 2018, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

IT IS FURTHER ORDERED that commencing in June 2018, the debtor shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

IT IS FURTHER ORDERED that pending further notice, the amount of the monthly mortgage payment is $2,816.30 and payments shall be made to the movant at Wells Fargo Bank, N.A., 1 Home Campus, Attention: Payment Processing, MAC# x2302-04c Des Moines, IA 50328.

IT IS FURTHER ORDERED that abandonment of the bankruptcy estate's interest in the property shall be effective when the automatic stay no longer applies to the movant and its interest in the property, though the trustee's right to claim any surplus funds if the property is sold is specifically reserved.

#####

| Date Funds Received | Transaction Amount Received | Check Number | Date Funds Applied | Classified Payment Amount Due | Classified Total Amount Applied | Effective Date | Post-Petition Due Date | Contractual Amount Applied |
|---|---|---|---|---|---|---|---|---|
| 1/27/2017 | $2,816.30 | | 1/30/2017 | $2,816.30 | $2,816.30 | 1/27/2017 | 1/1/2017 | |
| | | | 2/20/2017 | | ($27.50) | | | |
| 2/28/2017 | $2,816.30 | | 3/1/2017 | $2,816.30 | $2,816.30 | 2/28/2017 | 2/1/2017 | |
| 3/31/2017 | $2,816.30 | | 4/3/2017 | $2,816.30 | $2,816.30 | 3/31/2017 | 3/1/2017 | |
| 5/1/2017 | $2,816.30 | | 5/2/2017 | $2,816.30 | $2,816.30 | 4/30/2017 | 4/1/2017 | |
| 5/31/2017 | $2,816.30 | | 6/1/2017 | $2,816.30 | $2,816.30 | 5/31/2017 | 5/1/2017 | |
| | | | 6/13/2017 | ($2,816.30) | ($2,816.30) | | 5/1/2017 | |
| 6/13/2017 | ($2,816.30) | | 7/3/2017 | $2,816.30 | $2,816.30 | 7/1/2017 | 5/1/2017 | |
| 7/2/2017 | $2,884.53 | | | | | | | |
| 7/3/2017 | $68.23 | | | | | | | |
| 8/1/2017 | $2,816.30 | | 8/2/2017 | $2,816.30 | $2,816.30 | 8/1/2017 | 12/1/2017 | |
| 8/14/2017 | ($2,816.30) | | 8/14/2017 | ($2,816.30) | ($2,816.30) | | 12/1/2017 | |
| 10/6/2017 | $2,816.30 | | 10/9/2017 | $2,816.30 | $2,816.30 | 10/6/2017 | 12/1/2017 | |
| 10/23/2017 | $2,816.30 | | 10/24/2017 | $2,816.30 | $2,816.30 | 10/23/2017 | 1/1/2018 | |
| 11/3/2017 | $5,632.60 | | 11/6/2017 | $2,816.30 | $2,816.30 | 11/3/2017 | 2/1/2018 | |
| | | | 11/6/2017 | $2,816.30 | $2,816.30 | | 3/1/2018 | |
| 12/11/2017 | $2,816.30 | | 12/11/2017 | $2,816.30 | $2,816.30 | 12/11/2017 | 4/1/2018 | |
| | | | 12/15/2017 | ($2,816.30) | ($2,816.30) | | 4/1/2018 | |
| | | | 12/15/2017 | ($2,816.30) | ($2,816.30) | | 3/1/2018 | |
| | | | 12/15/2017 | ($2,816.30) | ($2,816.30) | | 2/1/2018 | |
| | | | 12/15/2017 | ($2,816.30) | ($2,816.30) | | 1/1/2018 | |

Case 16-32374-beh    Doc 37    Filed 08/30/18    Page 4 of 7

Debtor name:  MARICA S WILLSON

Bk Filing Date:  12/29/2016

First PP PmtDueDate/Amt:  1/1/2017 / $2816.30

| Date Funds Received | Transaction Amount Received | Check Number | Date Funds Applied | Classified Payment Amount Due | Classified Total Amount Applied | Effective Date | Post-Petition Due Date | Contractual Amount Applied |
|---|---|---|---|---|---|---|---|---|
| | | | 12/15/2017 | ($2,816.30) | ($2,816.30) | | 12/1/2017 | |
| 12/19/2017 | ($11,265.20) | | | | | | | |
| 12/19/2017 | $11,265.20 | | | | | | | |
| 12/19/2017 | ($163.96) | | | | | | | |
| 12/19/2017 | $163.96 | | | | | | | |
| | | | 12/20/2017 | $2,816.30 | $2,884.53 | 12/14/2017 | | $2,884.53 |
| | | | 12/21/2017 | $2,816.30 | $2,884.53 | 12/14/2017 | | $2,884.53 |
| | | | 12/26/2017 | $2,816.30 | $2,816.30 | | 12/1/2017 | |
| | | | 12/27/2017 | $2,816.30 | $2,884.53 | 12/14/2017 | | $2,884.53 |
| | | | 1/12/2018 | $2,816.30 | $2,816.30 | | 1/1/2018 | |
| 1/12/2018 | $2,816.30 | | | | | 1/12/2018 | | |
| | | | 2/12/2018 | $2,816.30 | $2,816.30 | 2/12/2018 | 2/1/2018 | |
| 2/12/2018 | $2,816.30 | | | | | | | |
| 3/13/2018 | $2,816.30 | | 3/13/2018 | $2,816.30 | $2,816.30 | 3/13/2018 | 3/1/2018 | $2,816.30 |
| 3/28/2018 | $1,306.13 | | | | | 3/26/2018 | | |
| 3/28/2018 | ($1,306.13) | | | | | | | |
| 3/28/2018 | $1,306.13 | | | | | | | |
| 3/30/2018 | $1,306.12 | | | | | 3/26/2018 | | |
| 4/13/2018 | $2,816.30 | | 4/2/2018 | $2,816.30 | $2,816.30 | 3/26/2018 | | $2,816.30 |
| | | | 4/13/2018 | $2,816.30 | $2,816.30 | 4/13/2018 | 4/1/2018 | $2,816.30 |
| 4/25/2018 | $108.80 | | | | | 4/23/2018 | | |
| 4/25/2018 | ($108.80) | | | | | | | |
| 4/25/2018 | $108.80 | | | | | | | |
| 5/21/2018 | $2,816.30 | | 5/21/2018 | $2,816.30 | $2,816.30 | 5/21/2018 | 5/1/2018 | $2,816.30 |
| 6/26/2018 | $52.90 | | | | | 5/22/2018 | | |
| 8/24/2018 | $56.19 | | | | | 8/23/2018 | | |
| **Totals** | $45,211.10 | | | $42,244.50 | $42,421.69 | | | $19,918.79 |

| Current Contractual Due Date | Debtor Suspense Balance | Debtor Suspense Amount | Comments |
|---|---|---|---|
| | $0.00 | $2,816.30 | |
| | $2,816.30 | ($2,816.30) | |
| | $0.00 | $27.50 | |
| | $27.50 | $2,816.30 | |
| | $2,843.80 | $27.50 | |
| | $27.50 | ($2,816.30) | |
| | $2,843.80 | $2,816.30 | |
| | $27.50 | ($2,816.30) | |
| | $2,843.80 | $2,816.30 | |
| | $27.50 | ($2,816.30) | |
| | $2,843.80 | $2,816.30 | |
| | $27.50 | $2,912.03 | |
| | $2,912.03 | $2,884.53 | |
| | $95.73 | ($2,816.30) | |
| | $163.96 | $68.23 | |
| | $163.96 | $2,816.30 | |
| | $2,980.26 | ($2,816.30) | |
| | $163.96 | $2,816.30 | |
| | $2,980.26 | ($2,816.30) | |
| | $163.96 | $2,816.30 | |
| | $163.96 | ($2,816.30) | |
| | $2,980.26 | $2,816.30 | |
| | $163.96 | ($2,816.30) | |
| | $2,980.26 | $5,632.60 | |
| | $5,796.56 | ($2,816.30) | |
| | $2,980.26 | ($2,816.30) | |
| | $163.96 | | |
| | $163.96 | | |
| | ($2,652.34) | ($2,816.30) | |
| | $163.96 | $2,816.30 | |
| | $2,980.26 | $2,816.30 | |
| | $5,796.56 | $2,816.30 | |
| | $8,612.86 | $2,816.30 | |
| | $11,429.16 | | |

Case Number: 1632374

| Current Contractual Due Date | Debtor Suspense Balance | Debtor Suspense Amount | Comments |
|---|---|---|---|
|  | $14,245.46 | $2,816.30 |  |
|  | $2,980.26 | ($11,265.20) | as per bnkh |
|  | $14,245.46 | $11,265.20 |  |
|  | $14,081.50 | ($163.96) |  |
| 7/1/2016 | $14,245.46 | $163.96 | as per bnkh |
| 8/1/2016 | $11,360.93 | ($2,884.53) |  |
|  | $8,476.40 | ($2,884.53) |  |
|  | $5,660.10 | ($2,816.30) |  |
| 9/1/2016 | $2,775.57 | ($2,884.53) |  |
|  | ($40.73) | ($2,816.30) |  |
|  | $2,775.57 | $2,816.30 |  |
|  | ($40.73) | ($2,816.30) |  |
|  | $2,775.57 | $2,816.30 |  |
| 1/1/2017 | $2,775.57 | $2,816.30 |  |
|  | $4,081.70 | $1,306.13 |  |
|  | $2,775.57 | ($1,306.13) |  |
|  | $4,081.70 | $1,306.13 |  |
|  | $5,387.82 | $1,306.12 |  |
| 4/1/2017 | $2,571.52 | ($2,816.30) |  |
| 5/1/2017 | $2,571.52 |  |  |
|  | $2,680.32 | $108.80 |  |
|  | $2,571.52 | ($108.80) |  |
|  | $2,680.32 | $108.80 |  |
| 7/1/2017 | $2,680.32 |  |  |
|  | $2,733.22 | $52.90 |  |
|  | $2,789.41 | $56.19 |  |
|  |  | $2,789.41 |  |

Case Number: 1632374